**Order entered October 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00944-CV

**CORINTH INVESTOR HOLDINGS, LLC, Appellant**

**V.**

**MARK BENNETT, Appellee**

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-12135**

## ORDER

We **GRANT** appellee's October 15, 2015 unopposed motion for an extension of time to file a brief. Appellee shall file a brief by **NOVEMBER 9, 2015**. We caution appellee that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
JUSTICE